# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOYCE CONYERS-CARSON, | : | No. 41 EAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GERMANTOWN HOMES, EINSTEIN | : | |
| MEDICAL CENTER, NEW COURTLAND | : | |
| LIFE NETWORK, AND TEMPLE | : | |
| UNIVERSITY HOSPITAL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.